**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| JAMES SHAW, : | |
| Plaintiff, : | |
| v. : | 1:06-CV-02 (WLS) |
| CYNTHIA NELSON, *et. al.*, : | |
| Defendants. : | |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed August 23, 2007. (Doc. 36). It is recommended that Plaintiff's Motion for Summary Judgment (Doc. 27) be denied and Defendants' Motion for Summary Judgment (Doc. 30) be granted. *Id*. No objection has been filed.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 36) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's Motion for Summary Judgment (Doc. 27) is **DENIED** and Defendants' Motion for Summary Judgment (Doc. 30) is **GRANTED**.

**SO ORDERED**, this   13th   day of September, 2007.

　　　　　　　　　　　　　　　　　　　 /s/W. Louis Sands
　　　　　　　　　　　　　　　　　　**THE HONORABLE W. LOUIS SANDS,
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE**